FILED

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0144

FILED

MAR 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ROGER LUKE BELL,

Petitioner,

v.

O R D E R

LYNN GUYER, Warden
Montana State Prison,

Respondent.

Representing himself, Roger Luke Bell has filed a petition for a writ of habeas corpus. Upon review of his petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with appropriate documentary exhibits and legal memorandum in support.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 23rd day of March, 2020.

_____
Justice